## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD TYRONE DIXON, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 4:18-CV-1541 |
| | : | |
| ROBERT MARSH, | : | (Judge Brann) |
| | : | |
| Respondent. | : | |

### ORDER

**AND NOW**, this 15th day of August 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Petitioner's request to proceed *in forma pauperis* is **GRANTED**.

2.  The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

3.  The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge